AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

GOVERNMENT EMPLOYEES
INSURANCE CO., GEICO INDEMNITY CO,
GEICO GENERAL INSURANCE COMPANY,
and GEICO CASUALTY CO.,

Civil Action No.:

_____

*Plaintiff(s)*

v.

MANUEL FEIJOO, M.D., MANUEL V. FEIJOO,
M.D. P.A., WE CARE MEDICAL SERVICES, INC,
MANUEL MARTINEZ VARELA, TONY
NGUYEN, D.O., NEW LIFE CLINICAL
SERVICES, INC, ALEAN MACHADO,  ET AL.,

_____

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To:                 MANUEL FEIJOO, M.D.
13064 SW 26th Street
Miramar, FL 33027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John P, Marino, Esq.
Smith, Gambrell & Russell, LLP
50 N. Laura Street, Suite 2600
Jacksonville, Florida 32202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

      ☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

      ☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

      ☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

      ☐ I returned the summons unexecuted because _____ ; or

      ☐ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

GOVERNMENT EMPLOYEES
INSURANCE CO., GEICO INDEMNITY CO,
GEICO GENERAL INSURANCE COMPANY,
and GEICO CASUALTY CO.,

_____
                                          *Plaintiff(s)*

                    v.

MANUEL FEIJOO, M.D., MANUEL V. FEIJOO,
M.D. P.A., WE CARE MEDICAL SERVICES, INC,
MANUEL MARTINEZ VARELA, TONY
NGUYEN, D.O., NEW LIFE CLINICAL
SERVICES, INC, ALEAN MACHADO,  ET AL.,

_____
                                          *Defendant(s)*

Civil Action No.:

## SUMMONS IN A CIVIL ACTION

To:                        MANUEL V. FEIJOO, M.D. P.A.
                           Registered Agent: Manuel V. Feijoo
                           13064 SW 26th Street
                           Miramar, FL 33027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                           John P, Marino, Esq.
                           Smith, Gambrell & Russell, LLP
                           50 N. Laura Street, Suite 2600
                           Jacksonville, Florida 32202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                          *CLERK OF COURT*

Date: _____          _____
                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ⌐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ⌐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ⌐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ⌐ I returned the summons unexecuted because _____ ; or

    ⌐ Other *(specify):*

                                                                        .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

                                          _____

                                            *Server's signature*

                                          _____

                                            *Printed name and title*

                                          _____

                                            *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE CO., GEICO INDEMNITY CO, GEICO GENERAL INSURANCE COMPANY, and GEICO CASUALTY CO., | Civil Action No.: |
| *Plaintiff(s)* | |
| v. | |
| MANUEL FEIJOO, M.D., MANUEL V. FEIJOO, M.D. P.A., WE CARE MEDICAL SERVICES, INC, MANUEL MARTINEZ VARELA, TONY NGUYEN, D.O., NEW LIFE CLINICAL SERVICES, INC, ALEAN MACHADO,  ET AL., | |
| *Defendant(s)* | |

## SUMMONS IN A CIVIL ACTION

To:                         WE CARE MEDICAL SERVICES, INC
                            Registered Agent: Pedro M. Garces Gonzalez
                            8660 W. Flagler St., Suite 211
                            Miami, FL 33144

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                            John P, Marino, Esq.
                            Smith, Gambrell & Russell, LLP
                            50 N. Laura Street, Suite 2600
                            Jacksonville, Florida 32202

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                        *CLERK OF COURT*

Date: _____                    _____
                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

      ˮ  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

      ˮ  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

      ˮ  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

      ˮ  I returned the summons unexecuted because _____ ; or

      ˮ  Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

                                  _____
                                         *Server's signature*

                                  _____
                                       *Printed name and title*

                                  _____
                                         *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE CO., GEICO INDEMNITY CO, GEICO GENERAL INSURANCE COMPANY, and GEICO CASUALTY CO., <br> ———————————————————————— <br> *Plaintiff(s)* | Civil Action No.: |
| v. | |
| MANUEL FEIJOO, M.D., MANUEL V. FEIJOO, M.D. P.A., WE CARE MEDICAL SERVICES, INC, MANUEL MARTINEZ VARELA, TONY NGUYEN, D.O., NEW LIFE CLINICAL SERVICES, INC, ALEAN MACHADO,  ET AL., <br> ———————————————————————— <br> *Defendant(s)* | |

**SUMMONS IN A CIVIL ACTION**

To:                    MANUEL MARTINEZ VARELA

8660 W. Flagler St., Suite 211
Miami, FL 33144

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John P, Marino, Esq.
Smith, Gambrell & Russell, LLP
50 N. Laura Street, Suite 2600
Jacksonville, Florida 32202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ————————————————          ————————————————————————————
                                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

> ⌐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

> ⌐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

> ⌐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

> ⌐ I returned the summons unexecuted because _____ ; or

> ⌐ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

GOVERNMENT EMPLOYEES
INSURANCE CO., GEICO INDEMNITY CO,
GEICO GENERAL INSURANCE COMPANY,
and GEICO CASUALTY CO.,

_____

*Plaintiff(s)*

v.

Civil Action No.:

MANUEL FEIJOO, M.D., MANUEL V. FEIJOO,
M.D. P.A., WE CARE MEDICAL SERVICES, INC,
MANUEL MARTINEZ VARELA, TONY
NGUYEN, D.O., NEW LIFE CLINICAL
SERVICES, INC, ALEAN MACHADO,  ET AL.,

_____

*Defendant(s)*

### SUMMONS IN A CIVIL ACTION

To:                        TONY NGUYEN, D.O.

8660 W. Flagler St., Suite 211
Miami, FL 33144

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John P, Marino, Esq.
Smith, Gambrell & Russell, LLP
50 N. Laura Street, Suite 2600
Jacksonville, Florida 32202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

GOVERNMENT EMPLOYEES
INSURANCE CO., GEICO INDEMNITY CO,
GEICO GENERAL INSURANCE COMPANY,
and GEICO CASUALTY CO.,

_____

*Plaintiff(s)*

v.

MANUEL FEIJOO, M.D., MANUEL V. FEIJOO,
M.D. P.A., WE CARE MEDICAL SERVICES, INC,
MANUEL MARTINEZ VARELA, TONY
NGUYEN, D.O., NEW LIFE CLINICAL
SERVICES, INC, ALEAN MACHADO,  ET AL.,

_____

*Defendant(s)*

Civil Action No.:

## SUMMONS IN A CIVIL ACTION

To:          NEW LIFE CLINICAL SERVICES, INC
             Registered Agent: Fernando F. Masvidal
             13810 SW 34th Street
             Miami, FL 33175

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose
name and address are:

John P, Marino, Esq.
Smith, Gambrell & Russell, LLP
50 N. Laura Street, Suite 2600
Jacksonville, Florida 32202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

     ☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

     ☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

     ☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

     ☐ I returned the summons unexecuted because _____ ; or

     ☐ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

                                       _____

                                               *Server's signature*

                                       _____

                                                *Printed name and title*

                                       _____

                                                 *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

GOVERNMENT EMPLOYEES
INSURANCE CO., GEICO INDEMNITY CO,
GEICO GENERAL INSURANCE COMPANY,
and GEICO CASUALTY CO.,

_____

*Plaintiff(s)*

v.

Civil Action No.:

MANUEL FEIJOO, M.D., MANUEL V. FEIJOO,
M.D. P.A., WE CARE MEDICAL SERVICES, INC,
MANUEL MARTINEZ VARELA, TONY
NGUYEN, D.O., NEW LIFE CLINICAL
SERVICES, INC, ALEAN MACHADO,  ET AL.,

_____

*Defendant(s)*

**SUMMONS IN A CIVIL ACTION**

To:            ALEAN MACHADO
               13810 SW 34th Street
               Miami, FL 33175

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John P, Marino, Esq.
Smith, Gambrell & Russell, LLP
50 N. Laura Street, Suite 2600
Jacksonville, Florida 32202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

      ☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

      ☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

      ☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

      ☐ I returned the summons unexecuted because _____ ; or

      ☐ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

                                       _____
                                                              *Server's signature*

                                       _____
                                                      *Printed name and title*

                                       _____
                                                           *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

GOVERNMENT EMPLOYEES
INSURANCE CO., GEICO INDEMNITY CO,
GEICO GENERAL INSURANCE COMPANY,
and GEICO CASUALTY CO.,

_____

*Plaintiff(s)*

v.

MANUEL FEIJOO, M.D., MANUEL V. FEIJOO,
M.D. P.A., WE CARE MEDICAL SERVICES, INC,
MANUEL MARTINEZ VARELA, TONY
NGUYEN, D.O., NEW LIFE CLINICAL
SERVICES, INC, ALEAN MACHADO,  ET AL.,

_____

*Defendant(s)*

Civil Action No.:

## SUMMONS IN A CIVIL ACTION

To:          JOSE ESTEVEZ
             13810 SW 34th Street
             Miami, FL 33175

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose
name and address are:

             John P, Marino, Esq.
             Smith, Gambrell & Russell, LLP
             50 N. Laura Street, Suite 2600
             Jacksonville, Florida 32202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ❒ I returned the summons unexecuted because _____ ; or

    ❒ Other *(specify):*

                                                     .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

GOVERNMENT EMPLOYEES
INSURANCE CO., GEICO INDEMNITY CO,
GEICO GENERAL INSURANCE COMPANY,
and GEICO CASUALTY CO.,

_____
*Plaintiff(s)*

Civil Action No.:

v.

MANUEL FEIJOO, M.D., MANUEL V. FEIJOO,
M.D. P.A., WE CARE MEDICAL SERVICES, INC,
MANUEL MARTINEZ VARELA, TONY
NGUYEN, D.O., NEW LIFE CLINICAL
SERVICES, INC, ALEAN MACHADO,  ET AL.,

_____
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To:          YOANDRA RODRIGUEZ
             13810 SW 34th Street
             Miami, FL 33175

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John P, Marino, Esq.
Smith, Gambrell & Russell, LLP
50 N. Laura Street, Suite 2600
Jacksonville, Florida 32202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. _____

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

      ☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

      ☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

      ☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

      ☐ I returned the summons unexecuted because _____ ; or

      ☐ Other *(specify):*

                                                      .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

                                              _____

                                                     *Server's signature*

                                              _____

                                                    *Printed name and title*

                                              _____

                                                     *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

GOVERNMENT EMPLOYEES
INSURANCE CO., GEICO INDEMNITY CO,
GEICO GENERAL INSURANCE COMPANY,
and GEICO CASUALTY CO.,

_____

*Plaintiff(s)*

v.

MANUEL FEIJOO, M.D., MANUEL V. FEIJOO,
M.D. P.A., WE CARE MEDICAL SERVICES, INC,
MANUEL MARTINEZ VARELA, TONY
NGUYEN, D.O., NEW LIFE CLINICAL
SERVICES, INC, ALEAN MACHADO,  ET AL.,

_____

*Defendant(s)*

Civil Action No.:

## SUMMONS IN A CIVIL ACTION

To:        ACCIDENT REHAB ASSOCIATES INC d/b/a AMERICAN MEDICAL & REHAB CENTER
           Registered Agent: Alejandro J. Vazquez, Jr.
           3061 NW 7th Street, Suite 200
           Miami, FL 33125

           A lawsuit has been filed against you.

           Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose
name and address are:

           John P, Marino, Esq.
           Smith, Gambrell & Russell, LLP
           50 N. Laura Street, Suite 2600
           Jacksonville, Florida 32202

           If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ˒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ˒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ˒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

    ˒ I returned the summons unexecuted because _____ ; or

    ˒ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

GOVERNMENT EMPLOYEES
INSURANCE CO., GEICO INDEMNITY CO,
GEICO GENERAL INSURANCE COMPANY,
and GEICO CASUALTY CO.,

_____

*Plaintiff(s)*

v.

MANUEL FEIJOO, M.D., MANUEL V. FEIJOO,
M.D. P.A., WE CARE MEDICAL SERVICES, INC,
MANUEL MARTINEZ VARELA, TONY
NGUYEN, D.O., NEW LIFE CLINICAL
SERVICES, INC, ALEAN MACHADO,  ET AL.,

_____

*Defendant(s)*

Civil Action No.:

**SUMMONS IN A CIVIL ACTION**

To:           ALEJANDRO VAZQUEZ
              3061 NW 7th Street, Suite 200
              Miami, FL 33125

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

              John P, Marino, Esq.
              Smith, Gambrell & Russell, LLP
              50 N. Laura Street, Suite 2600
              Jacksonville, Florida 32202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____              _____

                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

GOVERNMENT EMPLOYEES
INSURANCE CO., GEICO INDEMNITY CO,
GEICO GENERAL INSURANCE COMPANY,
and GEICO CASUALTY CO.,

_____

*Plaintiff(s)*

v.

MANUEL FEIJOO, M.D., MANUEL V. FEIJOO,
M.D. P.A., WE CARE MEDICAL SERVICES, INC,
MANUEL MARTINEZ VARELA, TONY
NGUYEN, D.O., NEW LIFE CLINICAL
SERVICES, INC, ALEAN MACHADO,  ET AL.,

_____

*Defendant(s)*

Civil Action No.:

**SUMMONS IN A CIVIL ACTION**

To:        MARIA VAZQUEZ
           3061 NW 7th Street, Suite 200
           Miami, FL 33125

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                John P, Marino, Esq.
                Smith, Gambrell & Russell, LLP
                50 N. Laura Street, Suite 2600
                Jacksonville, Florida 32202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

      ❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

      ❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

      ❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

      ❑ I returned the summons unexecuted because _____ ; or

      ❑ Other *(specify):*

                                                       .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

                                       _____
                                                *Server's signature*

                                       _____
                                           *Printed name and title*

                                       _____
                                               *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

GOVERNMENT EMPLOYEES
INSURANCE CO., GEICO INDEMNITY CO,
GEICO GENERAL INSURANCE COMPANY,
and GEICO CASUALTY CO.,

_____
*Plaintiff(s)*

v.

MANUEL FEIJOO, M.D., MANUEL V. FEIJOO,
M.D. P.A., WE CARE MEDICAL SERVICES, INC,
MANUEL MARTINEZ VARELA, TONY
NGUYEN, D.O., NEW LIFE CLINICAL
SERVICES, INC, ALEAN MACHADO,  ET AL.,

_____
*Defendant(s)*

Civil Action No.:

## SUMMONS IN A CIVIL ACTION

To:          ERICK SALADO, M.D.
             3061 NW 7th Street, Suite 200
             Miami, FL 33125

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John P, Marino, Esq.
Smith, Gambrell & Russell, LLP
50 N. Laura Street, Suite 2600
Jacksonville, Florida 32202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                           *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

   ❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

   ❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

   ❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

   ❑ I returned the summons unexecuted because _____ ; or

   ❑ Other *(specify):*

                                                                                 .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

                                            _____
                                                *Server's signature*

                                            _____
                                              *Printed name and title*

                                            _____
                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

GOVERNMENT EMPLOYEES
INSURANCE CO., GEICO INDEMNITY CO,
GEICO GENERAL INSURANCE COMPANY,
and GEICO CASUALTY CO.,

_____

*Plaintiff(s)*

v.

   Civil Action No.:

MANUEL FEIJOO, M.D., MANUEL V. FEIJOO,
M.D. P.A., WE CARE MEDICAL SERVICES, INC,
MANUEL MARTINEZ VARELA, TONY
NGUYEN, D.O., NEW LIFE CLINICAL
SERVICES, INC, ALEAN MACHADO,  ET AL.,

_____

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To:    MIAMI MEDICAL GROUP, INC
      Registered Agent: Juan Jimenez
      4505 W. Flagler Street, Suite 101
      Miami, FL 33134

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose
name and address are:

      John P, Marino, Esq.
      Smith, Gambrell & Russell, LLP
      50 N. Laura Street, Suite 2600
      Jacksonville, Florida 32202

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

             *CLERK OF COURT*

Date: _____    _____

              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ⌐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ⌐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ⌐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

    ⌐ I returned the summons unexecuted because _____ ; or

    ⌐ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

GOVERNMENT EMPLOYEES
INSURANCE CO., GEICO INDEMNITY CO,
GEICO GENERAL INSURANCE COMPANY,
and GEICO CASUALTY CO.,

_____

*Plaintiff(s)*

v.                                    Civil Action No.:

MANUEL FEIJOO, M.D., MANUEL V. FEIJOO,
M.D. P.A., WE CARE MEDICAL SERVICES, INC,
MANUEL MARTINEZ VARELA, TONY
NGUYEN, D.O., NEW LIFE CLINICAL
SERVICES, INC, ALEAN MACHADO,  ET AL.,

_____

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To:                JUAN JIMENEZ
                   4505 W. Flagler Street, Suite 101
                   Miami, FL 33134

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose
name and address are:

                   John P, Marino, Esq.
                   Smith, Gambrell & Russell, LLP
                   50 N. Laura Street, Suite 2600
                   Jacksonville, Florida 32202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____

                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

◗ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

◗ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

◗ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

◗ I returned the summons unexecuted because _____ ; or

◗ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

GOVERNMENT EMPLOYEES
INSURANCE CO., GEICO INDEMNITY CO,
GEICO GENERAL INSURANCE COMPANY,
and GEICO CASUALTY CO.,
_____

*Plaintiff(s)*

v.

MANUEL FEIJOO, M.D., MANUEL V. FEIJOO,
M.D. P.A., WE CARE MEDICAL SERVICES, INC,
MANUEL MARTINEZ VARELA, TONY
NGUYEN, D.O., NEW LIFE CLINICAL
SERVICES, INC, ALEAN MACHADO,  ET AL.,
_____

*Defendant(s)*

Civil Action No.:

## SUMMONS IN A CIVIL ACTION

To:          GRACIELA JIMENEZ
             4505 W. Flagler Street, Suite 101
             Miami, FL 33134

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose
name and address are:

             John P, Marino, Esq.
             Smith, Gambrell & Russell, LLP
             50 N. Laura Street, Suite 2600
             Jacksonville, Florida 32202

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

                                        *CLERK OF COURT*

Date: _____          _____
                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

       ⌐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

       ⌐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

       ⌐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

       ⌐ I returned the summons unexecuted because _____ ; or

       ⌐ Other *(specify):*

                                                       .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

                                            _____
                                                     *Server's signature*

                                            _____
                                                 *Printed name and title*

                                            _____
                                                 *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

GOVERNMENT EMPLOYEES
INSURANCE CO., GEICO INDEMNITY CO,
GEICO GENERAL INSURANCE COMPANY,
and GEICO CASUALTY CO.,

_____

*Plaintiff(s)*

v.

MANUEL FEIJOO, M.D., MANUEL V. FEIJOO,
M.D. P.A., WE CARE MEDICAL SERVICES, INC,
MANUEL MARTINEZ VARELA, TONY
NGUYEN, D.O., NEW LIFE CLINICAL
SERVICES, INC, ALEAN MACHADO,  ET AL.,

_____

*Defendant(s)*

Civil Action No.:

**SUMMONS IN A CIVIL ACTION**

To:　　　　　　　　　JOSE MARQUEZ, M.D.

2601 SW 37th Avenue, Suite 901

Miami, FL 33133

　　　A lawsuit has been filed against you.

　　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John P, Marino, Esq.
Smith, Gambrell & Russell, LLP
50 N. Laura Street, Suite 2600
Jacksonville, Florida 32202

　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____　　　　　　　　_____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

⁊ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

⁊ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

⁊ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

⁊ I returned the summons unexecuted because _____ ; or

⁊ Other *(specify):*

_____ .


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

GOVERNMENT EMPLOYEES
INSURANCE CO., GEICO INDEMNITY CO,
GEICO GENERAL INSURANCE COMPANY,
and GEICO CASUALTY CO.,

_____

*Plaintiff(s)*

v.

MANUEL FEIJOO, M.D., MANUEL V. FEIJOO,
M.D. P.A., WE CARE MEDICAL SERVICES, INC,
MANUEL MARTINEZ VARELA, TONY
NGUYEN, D.O., NEW LIFE CLINICAL
SERVICES, INC, ALEAN MACHADO,  ET AL.,

_____

*Defendant(s)*

Civil Action No.:

**SUMMONS IN A CIVIL ACTION**

To:                    MARIA NODARSE, D.C.
                       4505 W. Flagler Street, Suite 101
                       Miami, FL 33134

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                       John P, Marino, Esq.
                       Smith, Gambrell & Russell, LLP
                       50 N. Laura Street, Suite 2600
                       Jacksonville, Florida 32202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

⬦ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

⬦ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

⬦ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

⬦ I returned the summons unexecuted because _____ ; or

⬦ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

GOVERNMENT EMPLOYEES
INSURANCE CO., GEICO INDEMNITY CO,
GEICO GENERAL INSURANCE COMPANY,
and GEICO CASUALTY CO.,

_____

*Plaintiff(s)*

v.                                          Civil Action No.:

MANUEL FEIJOO, M.D., MANUEL V. FEIJOO,
M.D. P.A., WE CARE MEDICAL SERVICES, INC,
MANUEL MARTINEZ VARELA, TONY
NGUYEN, D.O., NEW LIFE CLINICAL
SERVICES, INC, ALEAN MACHADO,  ET AL.,

_____

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To:            YARA VAZQUEZ
               4505 W. Flagler Street, Suite 101
               Miami, FL 33134

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John P, Marino, Esq.
Smith, Gambrell & Russell, LLP
50 N. Laura Street, Suite 2600
Jacksonville, Florida 32202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE CO., GEICO INDEMNITY CO, GEICO GENERAL INSURANCE COMPANY, and GEICO CASUALTY CO., | Civil Action No.: |

*Plaintiff(s)*

v.

MANUEL FEIJOO, M.D., MANUEL V. FEIJOO, M.D. P.A., WE CARE MEDICAL SERVICES, INC, MANUEL MARTINEZ VARELA, TONY NGUYEN, D.O., NEW LIFE CLINICAL SERVICES, INC, ALEAN MACHADO,  ET AL.,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To:       HAI UZAN
          4505 W. Flagler Street, Suite 101
          Miami, FL 33134

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        John P, Marino, Esq.
        Smith, Gambrell & Russell, LLP
        50 N. Laura Street, Suite 2600
        Jacksonville, Florida 32202

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

             *CLERK OF COURT*

Date: _____

            _____
              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. _____

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

> ⌐ I personally served the summons on the individual at *(place)* _____
> _____ on *(date)* _____ ; or

> ⌐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
> _____ , a person of suitable age and discretion who resides there,
> on *(date)* _____ , and mailed a copy to the individual's last known address; or

> ⌐ I served the summons on *(name of individual)* _____ , who is
> designated by law to accept service of process on behalf of *(name of organization)* _____
> _____ on *(date)* _____ ; or

> ⌐ I returned the summons unexecuted because _____ ; or

> ⌐ Other *(specify):*
> _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: