UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

GOVERNMENT EMPLOYEES INS. CO.; et al        Case No.: 20-CV-22044-JEM

       Plaintiffs,

v.

MANUEL V. FEIJOO, MANUEL V. FEIJOO, M.D.,
P.A., WE CARE MEDICAL SERVICES, INC., MANUEL
MARTINEZ VARELA, TONY NGUYEN, D.O.; NEW
LIFE CLINICAL SERVICES, INC., ALEAN MACHADO,
JOSE ESTEVEZ, YOANDRA RODRIGUEZ, ACCIDENT
REHAB ASSC. INC., d/b/a AMERICAN MEDICAL &
REHAB CENTER, ALEJANDRO VAZQUEZ, MARIA
VAZQUEZ, ERICK SALADO, M.D., MIAMI MEDICAL
GROUP, INC., JUAN JIMENEZ, GRACIELA JIMENEZ,
JOSE MARQUEZ, M.D., MARIA NODARSE, D.C.,
YARA VAZQUEZ and HAI UZAN

       Defendants.
_____/

## DEFENDANTs FEIJOO and FEIJOO PA UNOPPOSED
## SECOND MOTION FOR EXTENSION OF TIME

Defendants, MANUEL V. FEIJOO, and MANUEL V. FEIJOO, M.D., P.A., by and through their undersigned attorney, hereby move for a two-day extension of time to respond to the complaint and state:

The Court granted the Feijoo Defendants an extension through today. [DE 22]. The undersigned knows that the Court said that for any future requests "good cause" had to be shown. The undersigned has to go with his mother to an appointment with her doctor today; she is 87 and has dementia. The undersigned also had to deal with other medical issues with her last week and earlier this week, as well as having to file several lengthy and complicated matters in other litigation over the past week. The undersigned notes that one other Defendant, New Life, was granted an extension through August 11, so an extension to the undersigned will not delay the proceedings.

In accordance with Local Rule 7.1, undersigned counsel hereby certifies that the attorneys for the Plaintiffs have advised in writing that they do not oppose the Defendants' request.

WHEREFORE, Defendants, Dr. Feijoo and his P.A., move for an extension of time through July 31, 2020, to respond to the complaint.

<u>GEICO v. FEIJOO, et al</u> - Case No.: 20-CV-22044-JEM

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **July 29, 2020**, I have filed the foregoing document with the Clerk of Court using the CM/ECF system and that a copy was electronically served upon all persons on the below service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing

**THE PIVNIK LAW FIRM**
7700 N. Kendal Drive, Suite 703
Miami, FL 33156
Tel: 305-670-0095
Email: Pivniklaw@aol.com
Jpivnik@Pivniklaw.com

By: ***/s/ Jerome A. Pivnik***
Jerome A. Pivnik, Esq.
Fla. Bar No.: 400408

## SERVICE LIST

**For Plaintiffs:**

John P. Marino (FBN 814539)
Lindsey R. Trowell (FBN 678783)
Kristen Wenger (FBN 92136)
SMITH, GAMBRELL & RUSSELL, LLP
50 North Laura Street, Suite 2600
Jacksonville, Florida 32202
Phone: (904) 598-6100
Facsimile: (904) 598-6204
ltrowell@sgrlaw.com
jmarino@sgrlaw.com
kwenger@sgrlaw.com

Yonatan Bernstein
RIVKIN RADLER LLP
926 RXR Plaza
Uniondale, New York 11550
Phone: (516) 357-3000
Facsimile: (516) 357-3333
max.gershenoff@rivkin.com
yonatan.bernstein@rivkin.com

<u>GEICO v. FEIJOO, et al</u> - Case No.: 20-CV-22044-JEM

**For Defendants:**     We Care Medical Services, Inc, and Manuel Martinez Varela

Law Offices of Carlos Cruanes, P.A.
815 N.W. 57th Avenue, Suite 401
Miami, Florida 33126
Telephone: (786) 378-8189
Facsimile: (305) 631-1816


**For Defendants:**     Accident Rehab Associates Inc, d/b/a American Medical & Rehab Center, Alejandro Vasquez, Maria Vasquez and Erick Salado, Md.,

Ronald E. D'Anna
Florida Bar No.: 357405
D'ANNA LEGAL, PLLC
2000 Glades Road, Suite 300
Boca Raton, Florida 33431
Telephone: (561) 962-6563, (561) 866-6122
rdanna@dannalegal.com; lheron@dannalegal.com

**For Defendants:**     Miami Medical Group, Inc., Juan Jimenez, Graciela Jimenez, Jose Marquez, M.D., Maria Nodarse, D.C., Yara Vazquez and Hai Uzan

Kenneth Schurr, Esq.
2030 S. Douglas Rd.
Coral Gables, FLA 33134

Andrew P. Baratta (Pa. Bar No. 82250)
Pro Hac Vice Pending
Baratta, Russell & Baratta
3500 Reading Way
Huntingdon Valley, Pa. 19006
215-914-2222
215-914-2118 (facsimile)
andrew@barattarussell.com ,

**For Defendants:**     New Life Clinical Services, Inc.

Alexander Alvarez, Esq.
The Alvarez Law Firm
3251 Ponce de Leon Blvd, Coral Gables, FL 33134
Alex@AAlvarezlawfirm.com
Anamaire@AAlvarezlawfirm.com