UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

GOVERNMENT EMPLOYEES INS. CO.; et al            Case No.: 20-CV-22044-JEM

    Plaintiffs,

v.

MANUEL V. FEIJOO, MANUEL V. FEIJOO, M.D., P.A.,
WE CARE MEDICAL SERVICES, INC, MANUEL
MARTINEZ VARELA, TONY NGUYEN, D.O.; NEW LIFE
CLINICAL SERVICES, INC, ALEAN MACHADO,
JOSE ESTEVEZ, YOANDRA RODRIGUEZ, ACCIDENT
REHAB ASSC. INC, d/b/a AMERICAN MEDICAL & REHAB
CENTER, ALEJANDRO VAZQUEZ, MARIA VAZQUEZ,
ERICK SALADO, M.D., MIAMI MEDICAL GROUP, INC,
JUAN JIMENEZ, GRACIELA JIMENEZ, JOSE MARQUEZ,
M.D., MARIA NODARSE, D.C., YARA VAZQUEZ and HAI
UZAN

    Defendants.
_____/

## MOTION FOR EXTENSION OF TIME TO FILE REPLY TO RESPONSE TO MOTION TO DISMISS

Defendants, WE CARE MEDICAL SERVICES, INC, and MANUEL MARTINEZ VARELA, by and through its undersigned counsel, and pursuant to S.D. Fla. L.R. 7.1A(j), moves this Honorable Court for an extension of time within which to file its Reply to Plaintiff's Response to Defendant's Motion to Dismiss, and would state as follows:

1. The reply is due on July 29, 2020.

2. Due to other commitments undersigned needs additional time in order to adequately prepare a reply to the response to the Motion to Dismiss, and asks this Court for nine (9) additional days in which to do so.

3. Defendants respectfully request a nine (9) day extension of time, up to and including August 7, 2020, within which to file their reply brief.

4. Plaintiff's counsel was contacted and does not object to the extension of time.

5. This request for an extension of time is not for the purpose of delay but for the reasons above set forth.

**WHEREFORE**, WE CARE MEDICAL SERVICES, INC, and MANUEL MARTINEZ VARELA, respectfully request an extension of time until August 7, 2020, within which to file its reply.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **July 29, 2020**, I have filed the foregoing document with the Clerk of Court using the CM/ECF system and that a copy was electronically served upon all counsel of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing

LAW OFFICES OF CARLOS CRUANES, P.A.
815 N.W. 57th Avenue, Suite 401
Miami, Florida 33126
Telephone: (786) 378-8189
Facsimile: (305) 631-1816
By: _____/S/_____
Carlos Cruanes
FBN: 0121940