# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

GOVERNMENT EMPLOYEES INSURANCE
Company et al.
    Plaintiff

vs.                                              CASE NO.  1:20-CV-22044 JEM

Jose Estevez et al.
    Defendant                 /

## SUGGESTION OF BANKRUPTCY

COMES NOW, the Defendant, Jose Estevez by and through his undersigned counsel files this suggestion of bankruptcy and states:

1. Jose Estevez filed a Petition for relief under Chapter 13, Title 11, United States Code, in the US Bankruptcy Code, in the United States Bankruptcy Court for the Southern District of Florida, Miami Division, which bears the case number <u>20-16265-AJC</u>   This debt was specifically listed as a secured debt under Schedule F of the US Bankruptcy Petition.
2. Relief was ordered June 9, 2020.
3. Notice to the Plaintiff was mailed out upon receipt of service in the above referenced case.
4. The right to a discharge has not been determined by the Bankruptcy Court nor has a discharge been denied or waived.
5. This action is founded on a claim for which a discharge would be a release or that seeks to impose a charge on property of the estate.

WHEREFORE, the Defendant's suggest that this action has been stayed by the operation of 11 U.S.C § 362.

>/s/ Teresa M. Alvarez, Esq.
> FBN 973677
> Attorney for Debtor in Bankruptcy
> TERESA MARIA ALVAREZ, P.A.
> 2525 Ponce de León Boulevard
> Suite 300
> Coral Gables, Florida 33134
> TEL 305-667-3040
> assistant@teresaalvarezpa.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via e portal to **Lindsey Ryan Trowell**, Esq, Lead Attorney Smith Gambrell Russell via ecf ltrowell@sgrlaw.com.; **John Patrick Marin, Esq.** Smith Gambrell Russell via ecf jmarino@sgrlaw.com**; Kristen Wenger Bracken, Esq.** Lead Attorney Smith Gambrell Russell via ecf ; kbracken@sgrlaw.com and **Yonatan Bernstein**, Esq. *PRO HAC VICE*, Rivkin Radler via ecf yonatan.bernstein@rivkin.com on this 28th day of July, 2020.

>/s/ Teresa Alvarez, Esq.