Case 1:20-cv-22044-JEM   Document 45   Entered on FLSD Docket 08/11/2020   Page 1 of 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

GOVERNMENT EMPLOYEES INSURANCE
CO., GEICO INDEMNITY CO., GEICO
GENERAL INSURANCE COMPANY and
GEICO CASUALTY CO.,

 Plaintiffs,                                                    Case No.:  20-CV-22044-JEM

vs.

MANUEL FEIJOO, M.D., MANUEL V.
FEIJOO, M.D. P.A., WE CARE MEDICAL
SERVICES, INC, MANUEL MARTINEZ
VARELA, TONY NGUYEN, M.D., NEW
LIFE CLINICAL SERVICES, INC, ALEAN
MACHADO, CARLOS ALMONTE, M.D.,
JOSE ESTEVEZ, YOANDRA RODRIGUEZ,
ACCIDENT REHAB ASSOCIATES INC,
d/b/a AMERICAN MEDICAL & REHAB
CENTER, ALEJANDRO VAZQUEZ, MARIA
VAZQUEZ, ERICK SALADO, M.D., MIAMI
MEDICAL GROUP, INC, JUAN JIMENEZ,
GRACIELA JIMENEZ,  JOSE MARQUEZ,
M.D., MARIA NODARSE, D.C., YARA
VAZQUEZ, and HAI UZAN.

Defendants.
_____

**PLAINTIFFS' RESPONSE
TO DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs, Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company and GEICO Casualty Co. (collectively "GEICO" or "Plaintiffs") respectfully submit this response to Defendants Miami Medical Group, Inc., Juan Jimenez, Graciela Jimenez, Jose Marquez, M.D., Maria Nodarse, D.C., Yara Vazquez and Hai Uzan's (collectively, the "Miami Medical Defendants") Notice of Supplemental Authority dated August 10, 2020. See Docket No. 44.

As set forth in the Notice of Supplemental Authority, on July 24, 2020, the Honorable Charlene Edwards Honeywell held a preliminary conference in an action entitled <u>Government Employees Ins. Co., et al. v. Merced, et al</u>, M.D. Fla. Case No**.** 8:20-cv-00802-CEH-AAS. During this conference Judge Honeywell expressed concern that GEICO's PIP fraud and racketeering complaint was too long and gave GEICO the opportunity to replead the complaint into a shorter version.

However, and contrary to the Miami Medical Defendants' misleading account of the <u>Merced</u> proceedings – which conveys the false impression that the <u>Merced</u> complaint was in some way substantively defective – Judge Honeywell did <u>not</u> dismiss any of GEICO's claims in the <u>Merced</u> case. Rather, Judge Honeywell merely stated that "[o]n or before August 14, 2020 Plaintiffs may file an amended complaint." <u>See</u> Docket No. 96. Indeed, Judge Honeywell stated during the preliminary conference that "[t]his is not about a merits analysis."[1]

In this context, and as the Court may recall, in <u>Gov't Emples. Ins. Co. v. A&C Med. Ctr. Servs., Corp.</u>, 2019 U.S. Dist. LEXIS 133568 (S.D. Fla. 2019)(Martinez, J.) – a very similar PIP fraud and racketeering case involving a complaint that was pleaded with a substantially similar format and level of detail as the complaint in <u>Merced</u> and the complaint in the present case – <u>this</u> Court likewise ordered GEICO to file a shorter complaint. <u>See</u> <u>A&C Med. Ctr.</u>, at Docket No. 114. However, at the same time, this Court <u>denied</u> the <u>A&C Med. Ctr.</u> defendants' motion to dismiss on the merits. <u>See</u> <u>id</u>. In fact, though this Court directed GEICO to file a shorter version of its complaint in the <u>A&C Med. Ctr.</u> case, this Court <u>also</u> ordered the defendants in <u>A&C Medical Ctr.</u> to answer the amended complaint, rather than allow the defendants to file another motion to

---

[1] The Miami Medical Defendants indicated in their notice that they are e-mailing a copy of transcript directly to the Court. <u>See</u> Docket No. 44, fn. 1.

2

dismiss. See id. Notably, in A&C Med. Ctr., this Court also denied the defendants motion to sever, noting that "[i]f practical issues arise at trial,-then the Court will address those concerns at that time." See A&C Med. Ctr., at Docket No. 119.

More generally, numerous courts in the 11th Circuit have sustained PIP fraud and racketeering complaints pleaded in a similar manner, with a similar length and level of detail. However, to the extent that the Court finds it warranted, GEICO is prepared to file a shorter version of its Complaint. If the Court orders GEICO to file a shorter version of the Complaint, GEICO respectfully submits that – as in the A&C Med. Ctr. case – the Court should order the Defendants to answer the Complaint, rather than file further motions to dismiss.

Respectfully submitted,

*/s/ John P. Marino*
John P. Marino (FBN 814539)
Lindsey R. Trowell (FBN 678783)
Kristen L. Wenger (FBN 92136)
SMITH, GAMBRELL & RUSSELL, LLP
50 North Laura Street, Suite 2600
Jacksonville, Florida 32202
Phone:  (904) 598-6100
Facsimile:  (904) 598-6204
ltrowell@sgrlaw.com
jmarino@sgrlaw.com
kwenger@sgrlaw.com


Yonatan Bernstein (admitted pro hac vice)
RIVKIN RADLER LLP
926 RXR Plaza
Uniondale, New York 11550
Phone:  (516) 357-3000
Facsimile:  (516) 357-3333
yonatan.bernstein@rivkin.com

## **CERTIFICATE OF SERVICE**

I certify that on August 11, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will provide notice and a copy of the foregoing to the counsel of record in this case.

*/s/ John P. Marino*
Attorney