UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: 20-22044-CIV-MARTINEZ-OTAZO-REYES

GOVERNMENT EMPLOYEES INSURANCE
CO., et al.,
    Plaintiffs,
vs.

MANUEL FEIJOO, M.D., et al.,
    Defendants.
_____/

## ORDER STAYING CASE UPON SUGGESTION OF BANKRUPTCY ONLY AS TO DEFENDANT JOSE ESTEVEZ

THIS MATTER is before the Court on Defendant Jose Estevez's Notice of Suggestion of Bankruptcy, [ECF No. 42]. The Notice informed the Court that Defendant Estevez has filed a Chapter 13 Petition for Relief under the United States Bankruptcy Code. As a result, this action is stayed pursuant to 11 U.S.C. § 362 **as to Defendant Estevez only**. *See Government Employees Insurance Co. v. DG Esthetic and Therapy Center, Inc.*, No. 1:18-cv-20921-CMA, ECF No. 88 (S.D. Fla. Feb. 7, 2019). Accordingly, after careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that

1. The above-styled action is **STAYED as to Defendant Jose Estevez only** until conclusion of the Chapter 13 bankruptcy action involving Defendant Estevez

2. The case **PROCEEDS** as to the remaining Defendants.

3. Defendant Estevez shall file a monthly status report with this Court that outlines the status of the bankruptcy action, with Defendant's first status report being due within **thirty (30) days** of the date of this Order. Failure to comply with this Order will result in appropriate sanctions.

DONE AND ORDERED in Chambers at Miami, Florida, this 20th day of August, 2020.

                                                                  JOSE E. MARTINEZ
                                                                  UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record