UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

GOVERNMENT EMPLOYEES INS. CO.; et al        Case No.: 20-CV-22044-JEM

    Plaintiffs,

v.

MANUEL V. FEIJOO, MANUEL V. FEIJOO, M.D.,
P.A., et al.

    Defendants.
_____/

## DEFENDANTS FEIJOO and FEIJOO PA's
## MOTION FOR EXTENSION OF TIME

Defendants, MANUEL V. FEIJOO, and MANUEL V. FEIJOO, M.D., P.A., (collectively, "Feijoo") move for a five-day extension of time to serve their reply in support of their motion to dismiss and state:

1. On 8/3, Feijoo served his Motion to Dismiss and to Strike Certain Allegations in the Complaint [DE 38]

2. On 8/7, Jose Estevez Defendant served his suggestion of bankruptcy [DE 42].

3. On 8/17, Geico filed its Response [DE 50] to Feijoo's motion.

4. On 8/19, the Court entered an Order requiring Geico to brief why the case is not subject to the automatic stay. On 8/20, Geico did so.

5. On 8/20, the Court entered an order [DE 50] that the case was stayed only as to Defendant Jose Estevez

6. Feijoo's Reply in support of the motion to dismiss is due, absent an extension, on Monday, 8/24. Due to the undersigned's other litigation matters, and question about wether the case was stayed, the undersigned needs five additional days to submit Feijoo's reply.

7. This motion is made in good faith and not for purposes of delay.

### Certificate of Good Faith Conference

The undersigned conferred with opposing counsel, Yonatan Bernstein, regarding this request, but he would not agree to the extension.

WHEREFORE, Defendants, Dr. Feijoo and his P.A., move for a five-day extension of time allowing him to file the Reply on or before August 31, 2020.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **August 21, 2020**, I have filed the foregoing document with the Clerk of Court using the CM/ECF system and that a copy was electronically served upon all persons on the below service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing

**THE PIVNIK LAW FIRM**
7700 N. Kendal Drive, Suite 703
Miami, FL 33156
Tel: 305-670-0095
Email: Pivniklaw@aol.com
Jpivnik@Pivniklaw.com

By: ***/s/ Jerome A. Pivnik***
Jerome A. Pivnik, Esq.
Fla. Bar No.: 400408

## SERVICE LIST

**For Plaintiffs:**

John P. Marino (FBN 814539)
Lindsey R. Trowell (FBN 678783)
Kristen Wenger (FBN 92136)
SMITH, GAMBRELL & RUSSELL, LLP
50 North Laura Street, Suite 2600
Jacksonville, Florida 32202
Phone: (904) 598-6100
Facsimile: (904) 598-6204
ltrowell@sgrlaw.com
jmarino@sgrlaw.com
kwenger@sgrlaw.com

Yonatan Bernstein
RIVKIN RADLER LLP
926 RXR Plaza
Uniondale, New York 11550
Phone: (516) 357-3000
Facsimile: (516) 357-3333
max.gershenoff@rivkin.com
yonatan.bernstein@rivkin.com

**For Defendants:**       We Care Medical Services, Inc, and Manuel Martinez Varela

Law Offices of Carlos Cruanes, P.A.
815 N.W. 57th Avenue, Suite 401
Miami, Florida 33126
Telephone: (786) 378-8189
Facsimile: (305) 631-1816

**For Defendants:**       Accident Rehab Associates Inc, d/b/a American Medical & Rehab Center, Alejandro Vasquez, Maria Vasquez and Erick Salado, Md.,

Ronald E. D'Anna
Florida Bar No.: 357405
D'ANNA LEGAL, PLLC
2000 Glades Road, Suite 300
Boca Raton, Florida 33431
Telephone: (561) 962-6563, (561) 866-6122
rdanna@dannalegal.com; lheron@dannalegal.com

**For Defendants:**       Miami Medical Group, Inc., Juan Jimenez, Graciela Jimenez, Jose Marquez, M.D., Maria Nodarse, D.C., Yara Vazquez and Hai Uzan

Kenneth Schurr, Esq.
2030 S. Douglas Rd.
Coral Gables, FLA 33134

Andrew P. Baratta (Pa. Bar No. 82250)
Pro Hac Vice Pending
Baratta, Russell & Baratta
3500 Reading Way
Huntingdon Valley, Pa. 19006
215-914-2222
215-914-2118 (facsimile)
andrew@barattarussell.com

**For Defendants:**       New Life Clinical Services, Inc.

Alexander Alvarez, Esq.
The Alvarez Law Firm
3251 Ponce de Leon Blvd, Coral Gables, FL 33134
Alex@AAlvarezlawfirm.com
Anamaire@AAlvarezlawfirm.com