**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**Case No.:  1:20-cv-22044-JEM**

GOVERNMENT EMPLOYEES INSURANCE
CO., et. al.
Plaintiffs

v.

MIAMI MEDICAL GROUP, INC., et.al.
Defendants
_____

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants, Miami Medical Group, Inc., Juan Jimenez, Graciela Jimenez, Jose Marquez, M.D., Maria Nodarse, D.C., Yara Vazquez and Hai Uzan (hereinafter collectively "Miami Medical"), by and through their undersigned counsel, respectfully submit this Notice of Supplemental Authority regarding Miami Medical's Motion to Dismiss Plaintiff's Complaint (ECF Doc. No.24).

On September 24, 2020, the Broward County Circuit Appellate Court issued an opinion affirming a medical provider's right to receive PIP reimbursement for physiotherapy modalities provided by licensed massage therapists, including electrical muscle stimulation, ultrasound, manual therapy, neuromuscular reeducation and therapeutic activities.  A copy of the Court's opinion is attached.

GEICO alleges fraud in this case on the basis that LMTs provided the physiotherapy modalities billed by Miami Medical.  As argued in Miami Medical's Motion to Dismiss, and as affirmed by the attached opinion, GEICO's accusation of fraud on this basis is implausible and contrary to the law and should be dismissed.

Respectfully Submitted,

_____/s/_____
Kenneth Schurr, Esq.
2030 S. Douglas Rd.
Coral Gables, FLA  33134

Andrew P. Baratta (Pa. Bar No. 82250)
*Pro Hac Vice*
Baratta, Russell & Baratta
3500 Reading Way
Huntingdon Valley, Pa.  19006
215-914-2222
215-914-2118 (facsimile)
andrew@barattarussell.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 28th, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will provide notice to the counsel of record on the attached service list.

## SERVICE LIST

Kenneth B. Schurr
Law Offices of Kenneth B. Schurr, P.A.
2030 S. Douglas Road, Suite 105
Coral Gables, FL 33134
counselken@schurrlaw.com
kbsservice@schurrlaw.com

Jerome Alan Pivnik
The Pivnik Law Firm
7700 N. Kendall Driver, Suite 703
Miami, FL 33156
Pivniklaw@aol.com
Counsel for Defendant Manuel V. Feijoo, M.D.P.A.

Andrew P. Baratta (Pro hac vice)
Baratta, Russell & Baratta
3500 Reading Way
Huntingdon Valley, Pa.  19006
215-914-2222
215-914-2118 (facsimile)
andrew@barattarussell.com
*counsel for Defendants, Miami Medical*

John P. Marino
Lindsey R. Trowell
Kristen Wenger
Smith, Gambrell & Russell, LLP.
50 North Laura Street, Suite 2600
Jacksonville, Florida 32202
jmarino@sgrlaw.com
ltrowell@sgrlaw.com

kbracken@sgrlaw.com
*Juan Jimenez, Graciela Jimenez, Jose Marquez, M.D., Maria Nodarse, D.C., Yara Vazquez, and Hai Uzan*

| | |
|---|---|
| Yonatan Bernstein<br>Rivkin Radler, LLP.<br>926 RXR Plaza<br>Uniondale, New York 11556<br>Yonatan.bernstein@rivkin.com<br>*Counsel for Plaintiffs* | Yonatan Bernstein<br>Rivkin Radler<br>eet, Suite 101B<br>Homestead, FL 33030<br>christian@carrazana-legal.com<br>*Counsel for Defendants,*<br>*Fernandez Medical Services, Inc.,*<br>*Maday Fernandez, Randy Diaz and*<br>*Sergios Castellanos* |
| Richard John Diaz<br>3127 Ponce De Leon Blvd<br>Coral Gables, FL 33134<br>Rick@rjdpa.com<br>*Counsel for Defendants, Irene Cabrera and*<br>*Jose Ramon Cabrera* | |
| Roberto Pertierra<br>2655 Le Jeune Road<br>Coral Gables, FL 33134<br>robertopertierra@gmail.com<br>*Counsel for Defendants, Irene Cabrera and* | Alexander Alvarez<br>Law Office of Alexander Alvarez<br>8900 SW 107th Avenue, Suite 301<br>Miami, FL 33176<br>alex@aalvarezlawfirm.com<br>*Counsel for New Life Clinical* |