**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No.: 20-cv-22044-MARTINEZ/OTAZO-REYES

GOVERNMENT EMPLOYEES INSURANCE CO., et al.

    Plaintiffs,

vs.

MANUEL FEIJOO, M.D., et al.,

    Defendants.
_____/

**PLAINTIFFS' MOTION FOR LEAVE TO FILE**
**RESPONSE TO DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company (collectively, "GEICO"), pursuant to Local Rule 7.1, moves for leave to file a response to the Notice of Supplemental Authority (Dkt. 61) filed by Defendants, Miami Medical Group, Inc., Juan Jimenez, Graciela Jimenez, Jose Marquez, M.D., Maria Nodarse, D.C., Yara Vazquez and Hai Uzan (collectively, the "Miami Medical Defendants"), relating to their pending Motion to Dismiss Plaintiffs' Complaint (Dkt. 24). GEICO states as follows in support of this motion:

1. GEICO filed its Complaint on May 15, 2020 (Dkt. 1). The Miami Medical Defendants' Motion to Dismiss was filed on July 10, 2020. GEICO filed its Opposition to the Miami Medical Defendants' Motion to Dismiss on July 22, 2020 (Dkt. 27) ("GEICO's Opposition").

2. In its Complaint, GEICO alleges – among other things – that the Miami Medical Defendants billed inflated amounts for medically unnecessary and illusory services, unlawfully misrepresented the identities of the actual service providers, and concealed the fact that they were

unlawfully billing GEICO for "physical therapy" services that were performed – to the extent that they were performed at all – by **unsupervised** massage therapists.

3. On September 28, 2020, the Miami Medical Defendants filed a Notice of Supplemental Authority submitting a decision by the Broward County Circuit Court, sitting in its appellate capacity, in *Star Casualty Ins. Co. v. South Florida Pain and Rehabilitation of Hialeah, LLC as Assignee of Justin Rodriguez*; Broward County Case No. CACE-17-000545 (Sept. 24, 2020) (the "Star Casualty Decision"). The Star Casualty Decision involved **supervised** massage therapists.

4. The Miami Medical Defendants' Notice of Supplemental Authority mischaracterizes the holding in the Star Casualty Decision and further makes improper (and incorrect) legal argument regarding its applicability to the facts at issue in this case.

5. The Star Casualty Decision was issued on September 24, 2020. The Star Casualty Decision is therefore new authority that did not exist when GEICO's Opposition was filed. GEICO further disagrees with the Miami Medical Defendants' characterization of the Star Casualty Decision and its applicability to this case contained in the Notice of Supplemental Authority. Accordingly, GEICO should be given the opportunity to briefly respond.

6. GEICO therefore respectfully requests that the Court grant permission for it to file a brief response of no more than two pages to the Miami Medical Defendants' Notice of Supplemental Authority and unauthorized supplemental argument. A proposed order granting this motion accompanies this filing as Exhibit "1".

### LOCAL RULE 7.1(a)(3) CERTIFICATE

The undersigned certifies that, on September 29, 2020, Plaintiffs' counsel conferred in writing with counsel for the Miami Medical Defendants regarding the relief sought through this

motion. Counsel for the Miami Medical Defendants indicated that they would not immediately consent to GEICO's response to the Notice of Supplemental Authority, and further indicated that they would not be available to confer by telephone until later in the week. Counsel will update the Court should counsel for the Miami Medical Defendants later consent to the relief requested by this motion.

Respectfully submitted,

*/s/ Yonatan Bernstein*
Yonatan Bernstein (admitted pro hac vice)
RIVKIN RADLER LLP
926 RXR Plaza
Uniondale, New York 11550
Phone: (516) 357-3000
Facsimile: (516) 357-3333
yonatan.bernstein@rivkin.com

John P. Marino (FBN 814539)
Lindsey R. Trowell (FBN 678783)
Kristen Wenger (FBN 92136)
SMITH, GAMBRELL & RUSSELL, LLP
50 North Laura Street, Suite 2600
Jacksonville, Florida 32202
Phone: (904) 598-6100
Facsimile: (904) 598-6204
ltrowell@sgrlaw.com
jmarino@sgrlaw.com
kwenger@sgrlaw.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that on September 29, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will provide notice and a copy of this document to the counsel of record in this case.

>
> */s/ Yonatan Bernstein*
> Attorney