UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 20-CV-22044-JEM

GOVERNMENT EMPLOYEES INSURANCE CO., GEICO INDEMNITY CO., GEICO GENERAL INSURANCE COMPANY and GEICO CASUALTY CO.,

Plaintiffs,

vs.

MANUEL FEIJOO, M.D., MANUEL V. FEIJOO, M.D. P.A., WE CARE MEDICAL SERVICES, INC, MANUEL MARTINEZ VARELA, TONY NGUYEN, D.O., NEW LIFE CLINICAL SERVICES, INC, ALEAN MACHADO, JOSE ESTEVEZ, YOANDRA RODRIGUEZ, ACCIDENT REHAB ASSOCIATES INC, d/b/a AMERICAN MEDICAL & REHAB CENTER, ALEJANDRO VAZQUEZ, MARIA VAZQUEZ, ERICK SALADO, M.D., MIAMI MEDICAL GROUP, INC, JUAN JIMENEZ, GRACIELA JIMENEZ, JOSE MARQUEZ, M.D., MARIA NODARSE, D.C., YARA VAZQUEZ, and HAI UZAN,

## DEFENDANT MANUEL MARTINEZ VARELA'S NOTICE OF FILING RESPONSES TO FIRST SET OF PLAINTIFF'S INTERROGATORIES

Defendant, MANUEL MARTINEZ VARELA, through undersigned counsel, hereby files his Notice of Filing Responses to Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company and GEICO Casualty Co. (collectively, "GEICO"), interrogatories, dated October 27, 2020.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 12th, 2021, I have filed the foregoing document with the Clerk of Court using the CM/ECF system and that a copy was electronically served upon all counsel of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

LAW OFFICES OF CARLOS CRUANES, P.A.
815 N.W. 57th Avenue, Suite 401
Miami, Florida 33126
Telephone: (786) 378-8189
Facsimile: (305) 631-1816
By: _____
    Carlos Cruanes
    FBN: 0121940